```
FILED
April 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUSTIN NONOGUCHI, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00102 GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Justin Nonoguchi</u>; Case <u>2:12-mj-00102 GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     __    Bail Posted in the Sum of _____

     X    Unsecured Appearance Bond in the amount of $25,000.00, co-signed by defendant's father, Howard Nonoguchi.

     __    Appearance Bond with 10% Deposit

     __    Appearance Bond secured by Real Property

     __    Corporate Surety Bail Bond

     X    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/24/2012</u> at <u>2:30 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge